IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL J. FRETSCHEL,
MAZIE T. MILES-FRETSCHEL and
RUSSELL JAY GOULD,

JUDGMENT IN A CIVIL CASE

    Plaintiffs,

12-cv-821-bbc

v.

M&I BANK FSB,

    Defendant.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for lack of subject matter jurisdiction.

_____  _____
Peter Oppeneer, Clerk of Court    12/11/12
                                                  Date